BEFORE THE SECOND DIVISION, JULY 28, 1966

No. P66/173.—Sims-Worms, Inc. v. United States, protests 65/471, etc. (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of waterproof twill back cotton velveteen cloth, which is similar in all material respects, including waterproofing, to velveteen cloth the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plantiff was sustained.

No. P66/174.—Winter, Wolff & Co., Inc., et al. v. United States, protests 62/8537, etc. (Los Angeles).

No. P66/175.—Mitsui & Co., Ltd. v. United States, protests 62/14587 and 62/19135 (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the issue involved in the foregoing protests is similar in all material respects to that in *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), and that the merchandise is similar in all material respects to the galvanized butt-welded steel tubes, pipes, etc., the subject of *Winter, Wolff & Co., Inc.* v. *United States* (54 Cust. Ct. 342, Abstract 69132), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, AUGUST 1, 1966

No. P66/176.—Rettinger Raincoat Mfg. Co. et al. v. United States, protests 65/18772, etc. (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.